UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re WACHOVIA PREFERRED SECURITIES AND BOND/NOTES LITIGATION | No. 09 Civ. 6351 (RJS) ORDER |

RICHARD J. SULLIVAN, District Judge:

The Clerk of the Court is respectfully directed to terminate the motion located at Doc. No. 76, as it has been incorrectly docketed as a motion.

SO ORDERED

Dated:   February 11, 2010
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE

