UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE WACHOVIA PREFERRED SECURITIES AND BOND/NOTES LITIGATION | Master File No. 09-CV-6351 (RJS)<br><br>ECF FILED<br><br>ORAL ARGUMENT REQUESTED |

## KPMG LLP'S MOTION TO DISMISS
## THE AMENDED CONSOLIDATED CLASS ACTION COMPLAINT

For the reasons explained in the accompanying memorandum of law, KPMG LLP moves to dismiss the Amended Consolidated Class Action Complaint with prejudice, and for an order granting such other and further relief as the Court shall deem just and proper.

KPMG requests oral argument in this matter.

Respectfully submitted,

KPMG LLP

By:  __/s/ Emmet T. Flood_____

John K. Villa
(jvilla@wc.com)
Steven M. Farina
(sfarina@wc.com)
Emmet T. Flood
(eflood@wc.com)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

Marshall Beil
(mbeil@mcguirewoods.com)
McGUIREWOODS LLP
1345 Avenue of the Americas, Seventh Floor
New York, N.Y.  10105
Telephone: (212) 548-7004

Dated: July 14, 2010                              *Attorneys for Defendant KPMG LLP*