UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE WACHOVIA PREFERRED SECURITIES AND BOND/NOTES LITIGATION | Master File No. 09 Civ. 6351 (RJS)<br><br>ECF Case |

**LEAD BOND/NOTES PLAINTIFFS' NOTICE OF MOTION
FOR (I) PRELIMINARY APPROVAL OF SETTLEMENTS WITH
WACHOVIA DEFENDANTS AND KPMG LLP, (II) CERTIFICATION OF
THE SETTLEMENT CLASS FOR PURPOSES OF THE SETTLEMENTS
AND (III) APPROVAL OF NOTICE TO THE SETTLEMENT CLASS**

TO:     All Counsel of Record

PLEASE TAKE NOTICE that upon the Stipulation and Agreements of Settlement dated August 5, 2011, attached hereto as Exhibit 1; the accompanying Memorandum of Law; and all other papers and proceedings herein, Lead Bond/Notes Plaintiffs will move this Court, under Rule 23 of the Federal Rules of Civil Procedure, at a date, time and location to be set by the Court, for an order: (i) preliminarily approving the proposed Settlements with the Wachovia Defendants and KPMG LLP; (ii) certifying the proposed Settlement Class and Lead Bond/Notes Plaintiffs as class representatives and appointing Lead Bond/Notes Counsel as class counsel for purposes of the Settlements; (iii) approving the form and manner of giving notice of the proposed Settlements to the Settlement Class; and (iv) scheduling a hearing on final approval of the Settlements and Lead Bond/Notes Counsel's motion for an award of attorneys' fees and reimbursement of litigation expenses.

Attached as Exhibit 2 hereto is a copy of the proposed Order Preliminarily Approving Proposed Settlements and Providing for Notice (with its exhibits).

    Respectfully submitted,

**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**

By: /s William C. Fredericks
    Chad Johnson
    William C. Fredericks
1285 Avenue of the Americas, 38th Floor
New York, New York 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

    - and -

**KESSLER TOPAZ MELTZER**
  **& CHECK, LLP**

By: /s David Kessler
    David Kessler
    Sean Handler
    John A. Kehoe
280 King of Prussia Road
Radnor, Pennsylvania 19087
Telephone: (610) 667-7706
Facsimile: (610) 667-7056

    - and -

**ROBBINS GELLER RUDMAN & DOWD LLP**

By: /s Darren Robbins
    Darren Robbins
    John J. Rice
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: (619) 231-1058
Facsimile (619) 231-7423

*Co-Lead Counsel for Lead Bond/Notes Plaintiffs and the Settlement Class*

#566068