# EXHIBIT 6

*In re Wachovia Preferred Securities and Bond/Notes Litigation*
Master File No. 09 Civ. 6351 (RJS)

### SCHEDULE OF BOND PLAINTIFFS' COUNSEL'S LODESTAR AND EXPENSES APPLIED FOR

|    | FIRM | HOURS | LODESTAR | EXPENSES |
|----|------|-------|----------|----------|
| 6A | Bernstein Litowitz Berger & Grossmann LLP | 33,906.25 | $14,508,131.25 | $535,288.43 |
| 6B | Kessler Topaz Meltzer & Check, LLP | 19,360.97 | $ 7,982,046.90 | $125,353.62 |
| 6C | Robbins Geller Rudman & Dowd LLP | 14,665.00 | $ 6,136,282.50 | $181,714.62 |
| 6D | Abraham, Fruchter & Twersky, LLP | 6,581.50 | $ 2,443,496.25 | $   3,553.74 |
| 6E | Glancy Binkow & Goldberg LLP | 4,475.84 | $ 1,652,212.40 | $ 14,967.06 |
| 6F | Pomerantz Haudek Grossman & Gross LLP | 21.90 | $      14,184.00 | $        0.00 |
|    | **TOTAL:** | **79,011.46** | **$32,736,353.30** | **$860,877.47** |

#587741