UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/4/2012
```

In re WACHOVIA PREFERRED
SECURITIES AND BOND/NOTES
LITIGATION

No. 09 Civ. 6351 (RJS)
ORDER

On December 30, 2011, the Court issued Orders approving the Settlements in this case, approving the plan of allocation, and awarding attorneys' fees to Lead Bond/Notes Counsel. Accordingly, IT IS HEREBY ORDERED THAT Defendant KPMG LLP's motion for reconsideration, filed on March 14, 2011, is denied as moot. The Clerk of the Court is respectfully directed to terminate the motion located at Doc. No. 125 and close this case.

SO ORDERED.

DATED:   January 3, 2012
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE